UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14057-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL EDWIN HARDING,

    Defendant.
_____/

## NOTICE OF FILING

Defendant, Michael Edwin Harding, through undersigned counsel, hereby files the attached letters for the Court's consideration at his sentencing hearing.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:    *s/Fletcher Peacock*
    Fletcher Peacock
    Assistant Federal Public Defender
    Florida Bar No. 441996
    109 North Second Street
    Fort Pierce, Florida 34950
    Tel: 772-489-2123
    Fax: 772-489-3997
    E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on May 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: *s/Fletcher Peacock*, AFPD
Fletcher Peacock

## SERVICE LIST

**UNITED STATES v. MICHAEL EDWIN HARDING**
Case No. 15-14057-CR-ROSENBERG/LYNCH
United States District Court, Southern District of Florida

**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Michael Edwin Harding
Notices of Electronic Filing

**Daniel E. Funk**
**daniel.funk@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  305-905-7509
Fax: 772-595-3606
Notice of Electronic Filing